AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

PAUL W. GREGORY,

   Plaintiff

V.

NICKOLAS GULAKOS,
VOICE DISTRIBUTORS, INC. and
TELECOM EXPRESS, INC.,

   Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-10719 GAO**

TO: (Name and address of Defendant)

VOICE DISTRIBUTORS, INC.
151 MYSTIC AVENUE
MEDFORD, MASSACHUSETTS 02155

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONAL B. BARRETT, ESQ.
11 PLEASANT STREET
DOVER, MA 02030

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 4-9-04

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 29, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Benjamin D. Onthank | Paralegal |

2004 AUG -6 P 5:59

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 151 Mystic Avenue, Medford, Massachusetts 02155

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Delivered copies of Summons and Complaint to Mr. Nikolas Geltakos, an officer of the defendant, at the above location.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 6, 2004

Signature of Server

153 Concord Street (No. 11)
Newton, MA 02462

*Address of Server*

County of Middlesex
Commonwealth of Massachusetts

Sworn to before me this 6th day of August, 2004.

Notary Public

my commission expires: 12/20/2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


KATHLEEN M. COTE
Notary Public
Commonwealth of Massachusetts
My Commission Expires 12/20/2007
