AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

PAUL W. GREGORY,

        Plaintiff

   V.

NICKOLAS GULAKOS,
VOICE DISTRIBUTORS, INC. and
TELECOM EXPRESS, INC.,

        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04c 10719 GAO

TO: (Name and address of Defendant)

    NICKOLAS GULAKOS
    23 CHERRY STREET
    MEDFORD, MASSACHUSETTS 02155

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address),

    DONAL B. BARRETT, ESQ.
    11 PLEASANT STREET
    DOVER, MASSACHUSETTS 02030

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                 DATE   4-9-04

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | ~~August 6~~ July 29, 2004 |
| NAME OF SERVER (PRINT) Benjamin D. Onthank | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 151 Mystic Avenue, Medford, Massachusetts 02155

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 6, 2004
Date

Signature of Server

153 Concord Street (No. 11)
Newton, MA 02462
Address of Server

County of Middlesex
Commonwealth of Massachusetts

Sworn to before me this 6th Day of August, 2004.

Notary Public

my commission expires: 12/20/2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



KATHLEEN M. COTE