UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL W. GREGORY,<br>    Plaintiff<br><br>v.<br><br>NICKOLAS GULAKOS,<br>VOICE DISTRIBUTORS, INC.,<br>And TELECOM EXPRESS, INC.,<br>    Defendants. | Docket No. 04-10719-GAO |

## NOTICE OF APPEARANCE

I, Todd J. Bennett, hereby enter my appearance on behalf of the above listed Defendants, Nickolas Gulakos, Voice Distributors, Inc. and Telecom Express, Inc.

Dated: August 11, 2004

Respectfully Submitted
Nickolas Gulakos,
Voice Distributors, Inc.,
And Telecom Express, Inc.
By their attorney,

_____
Todd J. Bennett
BBO# 643185
Corrigan, Bennett & Belfort, P.C.
One Kendall Square
Building 300, 2nd Floor
Cambridge, MA  02319
Tel: (617) 577-8800

Page -1-