UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL W. GREGORY,              )<br>         Plaintiff                          )<br>                                             )     Docket No. 04-10719-GAO<br>v.                                          )<br>                                             )<br>NICKOLAS GULAKOS,          )<br>VOICE DISTRIBUTORS, INC.,  )<br>And TELECOM EXPRESS, INC.,  )<br>         Defendants.                    ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COME the Defendants and move this Honorable Court to enter an order permitting it leave to file *Defendants' Reply Memorandum to Plaintiff's Opposition to Defendants' Motion to Dismiss*. The proposed Reply is filed contemporaneously herewith.

IN SUPPORT THEREOF, the Defendants aver that the Reply is necessary to: 1) supplement its Motion to Dismiss and apprise the Court fully of additional applicable governing law; 2) respond to certain arguments in the Plaintiff's Opposition and 3) assist the Court in resolving this matter.

WHEREFORE, the Defendants request that this Honorable Court enter an order granting it leave to file *Defendants' Reply Memorandum to Plaintiff's Opposition to Defendants' Motion to Dismiss* filed contemporaneously herewith and granting the Defendants such other relief as this Court deems just and appropriate.

        Respectfully submitted,
        Nickolas Gulakos, Voice Distributors, Inc., and
        Telecom Express, Inc.
        By their attorney,

Dated: September 3, 2004

        David E. Belfort
        BBO# 634385
        Corrigan, Bennett & Belfort, P.C.
        One Kendall Square
        Building 300, 2nd Floor
        Cambridge, MA 02139
        Tel: (617) 577-8800

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on September 3, 2004.

        David E. Belfort