UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL W. GREGORY,<br><br>                Plaintiff,<br><br>v.<br><br>NICKOLAS GULAKOS,<br>VOICE DISTRIBUTORS, INC.,<br>and TELECOM EXPRESS, INC.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-10719-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter the appearance of Michael F. Connolly, Mintz Levin, Cohn, Ferris, Glovsky and Popeo, P.C., as co-counsel, along with David E. Belfort, of Corrigan, Bennett & Belfort, for the Defendants in the above-referenced matter.

*/s/ Michael F. Connolly*
Michael F. Connolly (BBO #551273)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

DATED: December 20, 2004

> I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand 12·20·04.
>
> */s/ Michael F. Connolly*
> By fax and regular mail to
> Daniel B. Barrett, Esq., by hand to
> David A. Akhil, Esq.

LIT 1495109v1