## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PAUL W. GREGORY
          Plaintiff(s)

v.                                        CIVIL ACTION NO.  04-10719-GAO

NICKOLAS GULAKOS, ET AL
          Defendant(s)

**JUDGMENT IN A CIVIL CASE**

 O'TOOLE     , D.J.

**G**   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

After hearing arguments from counsel on the motion to dismiss the complaint ( doc # 8), the court dismisses count 1 of the complaint with prejudice.  The court declines to excercise jurisdiction on the remaining counts 2-5.  Therefore, these counts are dismissed without prejudice.

          TONY ANASTAS,
          CLERK OF COURT

Dated:  12/20/04                    By    Paul S. Lyness
                                                        Deputy Clerk

(Judgment Civil.wpd - 11/98) [jgm.]